JAMES A. ALLEN AND JAMES N. LINTON, EXECUTORS, ESTATE OF JAMES ROSS, PETITIONERS, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 8690.    Promulgated October 10, 1927.

*Henry J. Linton, Esq.,* for the petitioners.
*Robert E. Copes, Esq.,* for the respondent.

LITTLETON: The Commissioner determined a deficiency in estate tax of $2,199.67. The executors claim that the Commissioner erred

in that he failed to allow as deductions from the gross estate certain items of claims against the estate and administration expenses.

### FINDINGS OF FACT.

James A. Allen and James N. Linton are residents of Columbus, Ohio, and are the duly qualified and acting executors of the estate of James Ross, who died November 30, 1923. The value of the gross estate of the decedent at the time of his death was $479,592.31. The allowable deductions from the gross estate under the statute are as follows:

| | |
|---|---:|
| Funeral expenses | $1, 213. 73 |
| Administration expenses | 25, 807. 70 |
| Debts and claims against the estate | 35, 169. 66 |
| Unpaid mortgages | 49, 000. 00 |
| Support of dependents | 10, 000. 00 |
| Specific exemption | 50, 000. 00 |
| Total | 171, 191. 09 |

leaving a net estate subject to tax of $308,451.22.

In his determination of the net estate the Commissioner refused to allow $6,000 paid as attorneys' fees and $3,168.20 representing various items of administration expenses paid. The Commissioner also declined to allow $2,819.01 of the total debts, and claims against the estate of $35,169.66. The Commissioner also refused to allow the deduction of $10,000 for support of dependents which was approved by the court and paid by the estate.

The net estate returned by the executors was $290,506.51.

*Judgment will be entered on 15 days' notice, under Rule 50.*

Considered by SMITH and LOVE.